**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:<br>MCBRIDE, JAMES C.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-24407 ABG<br><br>JUDGE A. Benjamin Goldgar |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: Park City Branch Court
   301 Greenleaf Avenue
   Courtroom B
   Park City, IL 60085

   on: January 30, 2009
   at: **2:00 P.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $       523,133.90

   b. Disbursements                         $       391,476.97

   c. Net Cash Available for Distribution   $       131,656.93

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously<br>Paid | Fees Now<br>Requested | Expenses<br>Now<br>Requested |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| JOHN E. GIERUM (Trustee Expenses) | 0.00 | $331.40 |
| JOHN E. GIERUM (Trustee Fees) | 0.00 | $29,012.00 |
| Lois West, Popowcer Katten, Ltd. (Trustee's Accountant Fees) | 0.00 | $924.00 |
| Gierum & Mantas (Trustee's Firm Legal Fees) | 1,408.66 | $ 0 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| None | | | |

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:
    None

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.  Claims of general unsecured creditors totaling $487,040.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 20.88%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Presidential Financial Group of the Midwest | $ 258,876.95 | $ 54069.78 |
| 2 | Discover Financial Services | $ 5,368.15 | $ 1121.16 |
| 3 | Advanta Bank Corp. | $ 42,089.75 | $ 8790.65 |
| 4 | Commercial Card Solutions | $ 12,254.73 | $ 2559.46 |
| 5 | American Express Travel Related Services Co., Inc. | $ 856.65 | $ 178.92 |
| 6 | MBNA America Bank NA | $ 34,749.47 | $ 7255.69 |
| 7 | First National Bank of Omaha | $ 9,798.74 | $ 2046.47 |
| 9 | Henri Corporation | $ 25,380.00 | $ 5300.74 |
| 10 | Oracle Talent | $ 26,680.00 | $ 5572.25 |

| 11 | eCast Settelement Corporation | $ 1,650.23 | $ 344.66 |
| 12 | eCast Settelement Corporation | $ 17,945.01 | $ 3747.90 |
| 13 | Productivity Card/GECF | $ 5,261.03 | $ 1098.79 |
| 14 | eCast Settelement Corporation | $ 17,631.49 | $ 3682.42 |
| 15 | AT&T/Cingular Wireless | $ 1,053.94 | $ 220.12 |
| 16 | Citibank(South Dakota) NA | $ 27,444.50 | $ 5731.92 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: cash, bank accounts, household goods, prints, clothing, golf clubs, life insurance, 401(k), corporate stock and 1997 Blazer.

Dated: **December 30, 2008**                    For the Court,

                                                **KENNETH S. GARDNER**
                                                Kenneth S. Gardner
                                                Clerk of the U.S. Bankruptcy Court
                                                219 S. Dearborn Street; 7th Floor
                                                Chicago, IL  60604

Trustee:  JOHN E. GIERUM
Address:  GIERUM & MANTAS
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
Phone No.:  (847) 318-9130