**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:<br>MCBRIDE, JAMES C.<br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-24407 ABG<br><br>JUDGE A. Benjamin Goldgar |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: Park City Branch Court
   301 Greenleaf Avenue
   Courtroom B
   Park City, IL 60085

   on: January 30, 2009
   at: **2:00 P.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                               $            523,133.90

   b. Disbursements                          $            391,476.97

   c. Net Cash Available for Distribution    $            131,656.93

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation<br>Previously<br>Paid | Fees Now<br>Requested | Expenses<br>Now<br>Requested |
|---|---|---|---|

| | | |
|---|---|---|
| JOHN E. GIERUM (Trustee Expenses) | 0.00 | $331.40 |
| JOHN E. GIERUM (Trustee Fees) | 0.00 | $29,012.00 |
| Lois West, Popowcer Katten, Ltd. (Trustee's Accountant Fees) | 0.00 | $924.00 |
| Gierum & Mantas (Trustee's Firm Legal Fees) | 1,408.66 | $ 0 |

5.   Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| None | | | |

6.   In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:
   None

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.   Claims of general unsecured creditors totaling $487,040.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 20.88%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Presidential Financial Group of the Midwest | $ 258,876.95 | $ 54069.78 |
| 2 | Discover Financial Services | $ 5,368.15 | $ 1121.16 |
| 3 | Advanta Bank Corp. | $ 42,089.75 | $ 8790.65 |
| 4 | Commercial Card Solutions | $ 12,254.73 | $ 2559.46 |
| 5 | American Express Travel Related Services Co., Inc. | $ 856.65 | $ 178.92 |
| 6 | MBNA America Bank NA | $ 34,749.47 | $ 7255.69 |
| 7 | First National Bank of Omaha | $ 9,798.74 | $ 2046.47 |
| 9 | Henri Corporation | $ 25,380.00 | $ 5300.74 |
| 10 | Oracle Talent | $ 26,680.00 | $ 5572.25 |

| | | | |
|---|---|---|---|
| 11 | eCast Settelement Corporation | $ 1,650.23 | $ 344.66 |
| 12 | eCast Settelement Corporation | $ 17,945.01 | $ 3747.90 |
| 13 | Productivity Card/GECF | $ 5,261.03 | $ 1098.79 |
| 14 | eCast Settelement Corporation | $ 17,631.49 | $ 3682.42 |
| 15 | AT&T/Cingular Wireless | $ 1,053.94 | $ 220.12 |
| 16 | Citibank(South Dakota) NA | $ 27,444.50 | $ 5731.92 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: cash, bank accounts, household goods, prints, clothing, golf clubs, life insurance, 401(k), corporate stock and 1997 Blazer.

Dated: **December 30, 2008**

For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:  JOHN E. GIERUM
Address:  GIERUM & MANTAS
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
Phone No.:  (847) 318-9130

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Dec 30, 2008
Case: 05-24407                 Form ID: pdf002              Total Served: 76

The following entities were served by first class mail on Jan 01, 2009.
db          +James C McBride,   71 Foxhill Dr,   Buffalo Grove, IL 60089-1572
aty         +Arthur G Simon,   Crane Heyman Simon Welch & Clar,   135 S Lasalle St  Suite 3705,
              Chicago, IL 60603-4101
tr          +John E Gierum,   John E Gierum,   Gierum & Mantas,   9700 Higgins Road,   Suite 1015,
              Rosemont, IL 60018-4712
9721090     +ABN AMRO Mortgage Group, Inc.,   Bankruptcy Department,   7159 Corklan Drive,
              Jacksonville, FL 32258-4455
9472971     +ABN Amro Mortgage Group, Inc,   c/o McCall Raymer et al,   Bankruptcy Department,
              1544 Old Alabama Road,   Roswell, Georgia 30076-2102
9472974      AT&T Wireless,   P.O. Box 8220,   Aurora, IL 60572-8220
10160770    +AT&T/Cingular Wireless,   c/o Creditors Bankruptcy Service,   P O Box 740933,
              Dallas, TX 75374-0933
9472972      Advanta Bank Corp.,   Bankruptcy,   Welsh & McKean Roads,   PO Box 844,
              Spring House, PA 19477-0844
9472973      American Express,   P.O. Box 650448,   Dallas, TX 75265-0448
9673753      American Express Travel Related Services Co., Inc.,   c/o Becket and Lee, LLP,   P.O. Box 3001,
              Malvern, PA 19355-0701
9472977      Bank One Visa,   P.O. Box 15153,   Wilmington, DE 19886-5153
9472978      Bank One Visa,   P.O. Box 15298,   Wilmington, DE 19850-5298
9472979      Bank One/JP Morgan Chase Bank,   P.O. Box 260180,   Baton Rouge, LA 70826-0180
9472975      Bank of America,   P.O. Box 650260,   Dallas, TX 75265-0260
9472976      Bank of America,   P.O. Box 17064,   Wilmington, DE 19850-7064
9472980     +Bauch & Michaels,   53 W Jackson,   Suite 1115,   Chicago, IL 60604-3566
9472981      Benefit Consultants Group,   P.O. Box 405,   Riverton, NJ 08077-0405
9472982      Capital One Services,   P.O. Box 85015,   Richmond, VA 23285-5015
9472984      Capital One Visa,   Remittance Processing,   P.O. Box 34631,   Seattle, WA 98124-1631
9472983      Capital One Visa,   Attn: Remittance Processing,   P.O. Box 34631,   Seattle, WA 98124-1631
9941645     +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Ave, Ste 900,
              Seattle, WA 98121-2339
9472985      Chase/Bank One,   P.O. Box 15153,   Wilmington, DE 19886-5153
9472986      Citi Aadvantage Business Mastercard,   P.O. Box 6309,   The Lakes, NV 88901-6309
9472987      Citi Business Mastercard,   Citibank,   P.O. Box 6309,   The Lakes, NV 88901-6309
9472988      Citibank,   P.O. Box 688915,   Des Moines, IA 50368-8915
10408111     Citibank(South Dakota) NA,   Citibank Choice,   Exception Payment Processing,   PO Box 6305,
              The Lakes, NV 88901-6305
9472989      ComEd,   Bill Payment Center,   Schaumburg, IL 60173-4818
9472992      Commercial Card Solutions,   P.O. Box 57510,   Salt Lake City, UT 84157-0510
9667323     +Commercial Card Solutions,   Attn: April Paweu,   3949 S 700 E Suite 500,
              Salt Lake City, UT 84107-2386
9472993     +Countrywide Home,   P.O. Box 650225,   Dallas, TX 75265-0225
9472994     +Cyber & Allied Solutions, Inc.,   1709 Junction Ct., Ste. 390,   San Jose, CA 95112-1044
9472995     +DICE.com,   4939 Collections Center Drive,   Chicago, IL 60693-0049
9472997      Encore Receivable Management,   P.O. Box 3330,   Olathe, KS 66063-3330
9688022     +First National Bank of Omaha,   PO Box 2951,   Omaha, Nebraksa  68103-2951
9472998      First National Bank of Omaha Visa,   P.O. Box 2814,   Omaha, NE 68103-2814
9472999      GE Productivity Visa Card,   P.O. Box 410426,   Salt Lake City, UT 84141-0426
9473000      GM Chase Business Mastercard,   Chase Manhattan Bank USA, N.A.,   P.O. Box 29019,
              Omaha, NE 68103-2394
9473001     +H1Bjobs, LLC,   1910 Cochran Rd., Ste. 230,   Pittsburgh, PA 15220-1273
9473002     +Harris Bank (LOC),   3225 Kirchoff,   Rolling Meadows, IL 60008-1821
9473003     +Henri Corporation,   7600 Welcome Dr.,   Wake Forest, NC 27587-8718
9473004     +Henrie Corp.,   7600 Welcome Dr.,   Wake Forest, NC 27587-8718
9473005      Hewlett-Packard Financial,   P.O. Box 402582,   Atlanta, GA 30384-2582
9473006      HireRight, Inc.,   P.O. Box 51231,   Los Angeles, CA 90051-5531
9773737     +Joseph M Gagliardo,   Laner Muchin Dombrow Becker et al,   515 N State St Ste 2800,
              Chicago, IL 60654-4688
9473007     +LMDBLT, Ltd.,   515 N. State St., Ste. 2800,   Chicago, IL 60654-4821
9473010      MBNA America,   P.O. Box 15102,   Wilmington, DE 19886-5102
9473011      MBNA America,   P.O. Box 15027,   Wilmington, DE 19850-5027
9473009     +MBNA America Bank NA,   PO Box 15168,   Wilmington, DE 19850-5168
9473008     +Mastech Emplifi,   1000 Commerce Dr., Ste. 500,   Pittsburgh, PA 15275-1039
9473012      Monster.com,   TMP Worldwide,   P.O. Box 90364,   Chicago, IL 60696-0364
9473013      My Chauffeur,   P.O. Box 631446,   Baltimore, MD 21263-1446
9473014     +Northern Trust Line of Credit,   50 S. LaSalle St.,   Attn: Francisco Martinex, Jr. B-1,
              Chicago, IL 60603-1003
9473015     +OPEX Communications, Inc.,   P.O. Box 429,   Elk Grove Village, IL 60009-0429
9473016     +Oracle Talent,   Attn: Murray M. Tilson, President,   9512 SE Plover Dr,
              Portland, OR 97086-5664
9472991      P.O. Box 29063,   Phoenix, AZ 85038-9063
9473017      People.com,   P.O. Box 905964,   Charlotte, NC 28290-5964
9473019      Platinum Plus Visa for Business,   P.O. Box 15469,   Wilmington, DE 19850-5469
9473018      Platinum Plus for Business,   P.O. Box 15463,   Wilmington, DE 19850-5463
9473020     +Presidential Financial Group of the Midwest,   c/o Marjorie J Merrica,
              435 N LaSalle Street, Suite 204,   Chicago, IL 60654-4588
9473021     +Productivity Card/GECF,   P.O. Box 520310,   Salt Lake City, UT 84152-0310
9473022      Providian,   P.O. Box 660487,   Dallas, TX 75266-0487
9473023     +Remington Schaumburg, LLC,   c/o Janko Financial Group,   3030 Finley Rd., Ste. 110,
              Downers Grove, IL 60515-1163
9473024     +SBC Internet Services,   4865 Collections Center Dr.,   Chicago, IL 60693-0048
9473025      Sears Master Gold Card,   P.O. Box 182156,   Columbus, OH 43218-2156
9773738      Shell Oil Gasoline Card Center,   POB 689151,   Des Moines, IA 50368-9151
9473026      The Bayard Firm,   P.O. Box 35130,   Wilmington, DE 19899-5130
9473027      The Hartford,   P.O. Box 2907,   Hartford, CT 06104-2907
```

```
District/off: 0752-1           User: amcc7                  Page 2 of 2                   Date Rcvd: Dec 30, 2008
Case: 05-24407                 Form ID: pdf002              Total Served: 76

9473028      +VSK Soft, Inc.,    970 Corte Madera, #808,    Sunnyvale, CA 94085-1631
9473030      +WF Business Direct,    P.O. Box 348750,    Sacramento, CA 95834-8750
9473029       Wells Fargo Mastercard,    Payment Remittance Center,    P.O. Box 54349,
               Los Angeles, CA 90054-0349
9473031      +Worldnet Corp.,    1355 Remington,   Suite E,    Schaumburg, IL 60173-4818
9473032       Xerox Corp.,    P.O. Box 802567,    Chicago, IL 60680-2567
9473033      +Xolutions, Inc.,    5129 Rotherfield Court,    Charlotte, NC 28277-2661
9473034      +Xolutions, Inc.,    5129 Rotherfield Ct.,    Charlotte, NC 28277-2661
9999590       eCast Settelement Corporation,    POB 35480,    Newark NJ 07193-5480
The following entities were served by electronic transmission on Dec 31, 2008.
9472996       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 31 2008 03:48:22      Discover Financial Services,
               P.O. Box 30395,    Salt Lake City, UT 84130-0395
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Gierum & Mantas
9472990       Commercial Card Solutions
                                                                                          TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 01, 2009**               **Signature:**   _/s/ Joseph Speetjens_